IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02732-LTB

CALVIN JOHNSON, JR.,

    Plaintiff,

v.

SGT. DIANNE KIRK,
SGT. BURFORD,
LT. CHAVEZ,
DALE BURKE,
WARDEN TRAVIS TRANI,
CAPTAIN RICHARDSON,
OFFICER HALVERSON,
OFFICER SPURLOCK,
JOHN DOE,
SGT. ROBERTS,
SGT. CROSLEY,
LT. JAROS,
OFFICER CROSBY,
CASE MANAGER BUFFUM,
GRIEVANCE COORDINATOR MARY MAJSZAKY,
CASE MANAGER CAMPBELL, and
ANTHONY DECESARO, all in both their official and individual capacities,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of January, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/T.Lee
    Deputy Clerk